PRENOVOST, NORMANDIN, BERGH & DAWE
A Professional Corporation
KAREL G. ROCHA, SBN 212413
krocha@pnbd.com
2122 North Broadway, Suite 200
Santa Ana, California 92706-2614
Phone No.:    (714) 547-2444
Fax No.:       (714) 835-2889

Attorneys for Movant LBS FINANCIAL CREDIT UNION

**FILED & ENTERED**

**OCT 27 2016**

CLERK U.S. BANKRUPTCY COURT
Central District of California
BY Pgarcia    DEPUTY CLERK

**CHANGES MADE BY COURT**

**UNITED STATES BANKRUPTCY COURT**

**CENTRAL DISTRICT OF CALIFORNIA, SAN FERNANDO VALLEY DIVISION**

| | |
|---|---|
| In re<br><br>HOWARD IRVING NAPOLSKE,<br><br>Debtor. | Case No. 1:15-bk-10763-VK<br><br>Chapter 7<br><br>**ORDER GRANTING MOTION FOR APPROVAL OF STIPULATION FOR RELIEF FROM THE AUTOMATIC STAY**<br><br>No hearing required - |

     On September 19, 2016, the Debtor, HOWARD IRVING NAPOLSKE ("Debtor") and Creditor, LBS FINANCIAL CREDIT UNION ("Movant"), filed a Motion for Order Approving Stipulation for Relief from the Automatic Stay [Docket #42] along with a Stipulation for Relief from the Automatic Stay [Docket #41], with regard to a 2007 Chapparal 350 SIG, VIN: FGBJ0464K607 respectively (referred to as the "Vessel").

     Having reviewed the Motion, and no opposition having been filed, the Stipulation for Relief from the Automatic Stay entered into by and between Movant and Debtor, and with GOOD CAUSE appearing, is HEREBY GRANTED.  THE COURT THEREFORE ORDERS as follows:

/ / /

1. Relief from the Automatic Stay is granted as to the Vessel only and Movant is permitted to proceed with the sale of the Vessel in accordance with applicable California law, *in the event Debtor fails to abide by the payment terms of the Stipulation for Relief from the Automatic Stay.*

THEREFORE, IT IS ORDERED that relief be granted as to debtors and debtors's bankruptcy estate with regard to the Vessel.

IT IS FURTHER ORDERED that the 14-day stay provided by Bankruptcy Rule 4001(a)(3) is waived.

### 

Date: October 27, 2016

Victoria S. Kaufman
United States Bankruptcy Judge

8381.2305 / 1439261.1

2

ORDER GRANTING MOTION TO APPROVE STIPULATION FOR RELIEF FROM THE AUTOMATIC STAY