United States Bankruptcy Court
Central District of California

In re:                                                              Case No. 15-10763-VK
Howard Irving Napolske                                              Chapter 7
    Debtor

## CERTIFICATE OF NOTICE

District/off: 0973-1        User: admin            Page 1 of 1               Date Rcvd: Oct 27, 2016
                            Form ID: pdf042        Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Oct 29, 2016.
db             +Howard Irving Napolske,    21704 Devonshire #127,    Chatsworth, CA 91311-2903

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                              TOTAL: 0

       ***** BYPASSED RECIPIENTS *****
NONE.                                                                                              TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.


**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Oct 29, 2016                              Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on October 27, 2016 at the address(es) listed below:
      Cheryle R Williams    on behalf of Creditor    Daimler Trust notices@bkservicing.com
      Diane  Weil (TR)    dcw@dcweillaw.com, dweil@ecf.epiqsystems.com
      Heidi  Hohler    on behalf of Debtor Howard Irving Napolske hhohler@aol.com
      Karel G Rocha    on behalf of Creditor    LBS Financial Credit Union krocha@pnbd.com,
       srichards@pnbd.com
      Lloyd S Mann    on behalf of Defendant Howard I. Napolske lmann@mannzarpas.com
      Michael W Davis    on behalf of Interested Party    Courtesy NEF mdavis@brutzkusgubner.com,
       ecf@brutzkusgubner.com
      Michael W Davis    on behalf of Plaintiff    Hana Financial, Inc., a California corporation
       mdavis@brutzkusgubner.com, ecf@brutzkusgubner.com
      Robert Robert Abiri    on behalf of Interested Party    Courtesy NEF rabiri@abiriszeto.com
      Sheryl K Ith    on behalf of Creditor    TD Auto Finance LLC sith@cookseylaw.com,
       sith@ecf.courtdrive.com
      Sheryl K Ith    on behalf of Creditor    Daimler Trust sith@cookseylaw.com, sith@ecf.courtdrive.com
      Stacey A Miller    on behalf of Creditor    Porsche Leasing Ltd. smiller@tharpe-howell.com
      Stacey A Miller    on behalf of Creditor    Porsche Financial Services, Inc.
       smiller@tharpe-howell.com
      United States Trustee (SV)    ustpregion16.wh.ecf@usdoj.gov
                                                                                                                                TOTAL: 13

| | |
|---|---|
| **PRENOVOST, NORMANDIN, BERGH & DAWE**<br>A Professional Corporation<br>KAREL G. ROCHA, SBN 212413<br>krocha@pnbd.com<br>2122 North Broadway, Suite 200<br>Santa Ana, California 92706-2614<br>Phone No.:    (714) 547-2444<br>Fax No.:      (714) 835-2889<br><br>Attorneys for Movant LBS FINANCIAL CREDIT UNION | **FILED & ENTERED**<br><br>OCT 27 2016<br><br>**CLERK U.S. BANKRUPTCY COURT**<br>**Central District of California**<br>**BY Pgarcia    DEPUTY CLERK** |

**CHANGES MADE BY COURT**

**UNITED STATES BANKRUPTCY COURT**

**CENTRAL DISTRICT OF CALIFORNIA, SAN FERNANDO VALLEY DIVISION**

| | |
|---|---|
| In re<br><br>HOWARD IRVING NAPOLSKE,<br><br>Debtor. | Case No. 1:15-bk-10763-VK<br><br>Chapter 7<br><br>**ORDER GRANTING MOTION FOR APPROVAL OF STIPULATION FOR RELIEF FROM THE AUTOMATIC STAY**<br><br>No hearing required - |

On September 19, 2016, the Debtor, HOWARD IRVING NAPOLSKE ("Debtor") and Creditor, LBS FINANCIAL CREDIT UNION ("Movant"), filed a Motion for Order Approving Stipulation for Relief from the Automatic Stay [Docket #42] along with a Stipulation for Relief from the Automatic Stay [Docket #41], with regard to a 2007 Chapparal 350 SIG, VIN: FGBJ0464K607 respectively (referred to as the "Vessel").

Having reviewed the Motion, and no opposition having been filed, the Stipulation for Relief from the Automatic Stay entered into by and between Movant and Debtor, and with GOOD CAUSE appearing, is HEREBY GRANTED.  THE COURT THEREFORE ORDERS as follows:

/ / /

8381.2305 / 1439261.1

1

ORDER GRANTING MOTION TO APPROVE STIPULATION FOR RELIEF FROM THE AUTOMATIC STAY

1. Relief from the Automatic Stay is granted as to the Vessel only and Movant is permitted to proceed with the sale of the Vessel in accordance with applicable California law, *in the event Debtor fails to abide by the payment terms of the Stipulation for Relief from the Automatic Stay.*

THEREFORE, IT IS ORDERED that relief be granted as to debtors and debtors's bankruptcy estate with regard to the Vessel.

IT IS FURTHER ORDERED that the 14-day stay provided by Bankruptcy Rule 4001(a)(3) is waived.

###

Date: October 27, 2016

Victoria S. Kaufman
United States Bankruptcy Judge

8381.2305 / 1439261.1

2

ORDER GRANTING MOTION TO APPROVE STIPULATION FOR RELIEF FROM THE AUTOMATIC STAY